IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANK D. BURRASCANO, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 06-1805 |
| | : | |
| WACHOVIA BANK, | : | |
| Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff, Frank Burrascano, acting pro se, filed this action against Wachovia Bank, N.A., seeking damages in connection with a 1995 foreclosure of a deed of trust by a predecessor of the defendant. Defendant has filed a motion to dismiss or in the alternative for a more definite statement. Having been notified by the Clerk of the motion and of his obligation to file an adequate response, plaintiff has filed an opposition to the motion. Both the motion and the plaintiff's opposition contain matters outside the pleadings and the court finds it appropriate to treat the motion as one for summary judgment. *See* Fed.R.Civ.P. 12(b)(6).

It is plain that this action is barred by res judicata or claim preclusion because this is the third judicial action filed by plaintiff against defendant over the 1995 foreclosure. Actions filed by plaintiff against defendant in state court on May 9, 2005, and October 26, 2005, have resulted in final judgments in favor of defendant. Indeed, the second of those state court judgments is based on claim preclusion arising from the first judgment, from which no timely appeal was taken. *See Migra v. Warren City Sch. Dist. Bd. of Ed.,* 465 U.S. 75, 81 (1984)("[A] federal court must give to a state-court judgment the same preclusive effect as would be given that judgment under the law of the State in which the judgment was rendered.").

For the reason stated above, the motion, treated as a motion for summary judgment, shall be granted. An order follows.

Filed: August 31, 2006                    ___/s/_____
                                          ANDRE M. DAVIS
                                          United States District Judge